COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 April 23, 2015
 No. 10-14-00112-CR
 TEVIN SHERARD ELLIOTT
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 54[th] District Court
 McLennan County, Texas
 Trial Court No. 2012-1543-C2
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's judgment as to Count II, signed on January 23, 2014, is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement. 
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: 3040380-17145000 
 Deputy Clerk